[No. 14658-4-II.   Division Two.   August 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY M. DONLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00526-4, Alan R. Hallowell, J., entered January 23, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.

[No. 14855-2-II.   Division Two.   August 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E. PARADIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00169-3, Robert L. Harris, J., entered April 4, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.

[Nos. 11770-7-III; 12193-3-III.   Division Three.   August 24, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD PAUL GILLIGAN, *Appellant*.

*In the Matter of the Personal Restraint of* EDWARD PAUL GILLIGAN, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84-1-00375-9, Michael E. Donohue, J., entered July 31, 1991, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.